IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| Wesley Scott and Shirley Scott, | ) | |
|---|---|---|
| Plaintiffs, | ) | **ORDER TO AMEND CASE CAPTION** |
| vs. | ) | |
| Carol K. Olson, in her official capacity as Executive Director of the North Dakota Department of Human Services, | ) | |
| | ) | Case No. 1:12-cv-099 |
| Defendant. | ) | |

On July 23, 2012, Plaintiffs Wesley and Shirley Scott filed a complaint against Carol K. Olson, in her official capacity as Executive Director of the North Dakota Department of Human Services ("Department"). Carol K. Olson is no longer Executive Director of the Department. Maggie D. Anderson is currently acting as Interim Executive Director of the Department. Accordingly, the defendant in the caption of the above-entitled action shall be amended to: Maggie D. Anderson, in her official capacity as Interim Executive Director of the North Dakota Department of Human Services.

**IT IS SO ORDERED.**

Dated this 5th day of October, 2012.

                                                           */s/ Charles S. Miller, Jr.*
                                                           Charles S. Miller, Jr.
                                                           United States Magistrate Judge